26cv4754

**MARK R. GILLITZER**
8945 Ivy Road
Saint Cloud, MN 56301
Phone: (320) 339-0257 | Email: homerbogg@outlook.com

RECEIVED
NOV 09 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**DATE: November 2, 2026**

**Clerk of Court**
United States District Court for the District of Minnesota
Diana E. Murphy U.S. Courthouse, Suite 300
300 South Fourth Street
Minneapolis, MN 55415

**RE: IN RE: INITIAL PRO SE CIVIL ACTION FILING**
**PLAINTIFF: Mark R. Gillitzer (Plaintiff Pro Se)**
**DEFENDANT: Carl Zeiss Vision Inc.**
**SUBJECT: Submission of Initial Civil Complaint, Civil Cover Sheet (Form JS 44), Summons (Form AO 440), IFP Application (Form AO 240), and Evidentiary Appendix (Exhibits 1–12)**

Dear Clerk of Court:

Please accept for filing in the U.S. District Court for the District of Minnesota the enclosed initial civil action documents on behalf of Plaintiff *pro se*, Mark R. Gillitzer, against Defendant Carl Zeiss Vision Inc. This civil action alleges unlawful disability discrimination, failure to accommodate, hostile work environment, and retaliatory discharge under Title I and Title V of the Americans with Disabilities Act of 1990 (42 U.S.C. § 12101 *et seq.*) and the Minnesota Human Rights Act (Minn. Stat. § 363A.01 *et seq.*).

Enclosed please find three (3) distinct physical bundles containing the following court documents:

- **1. Complaint for Employment Discrimination (with Jury Demand)**: 1 Original wet-signed copy plus 2 duplicates detailing 4 statutory causes of action.
- **2. Civil Cover Sheet (Form JS 44)**: Completed and executed under Nature of Suit Code 445 (ADA Employment).
- **3. Summons in a Civil Action (Form AO 440)**: Completed for service on Carl Zeiss Vision Inc. (c/o Registered Agent CT Corporation System), awaiting Clerk issuance and court seal.
- **4. Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO 240 / IFP Application)**: Executed under penalty of perjury (28 U.S.C. § 1746) requesting a judicial waiver of the $405 federal filing fee pursuant to 28 U.S.C. § 1915.
- **5. Evidentiary Appendix (Index and Exhibits 1 through 12)**: Containing the January 27, 2026 Unemployment Law Judge decision (DEED Doc ID 172404449), clinical psychological assessment, Workday registry notice, HR written disclosures, and meeting transcripts.

**Enclosed Physical Bundles for Intake Processing:**

- **Bundle 1 (Court Original)**: Complete wet-signed original Complaint, Forms, and Exhibits 1–12 for the presiding District Judge's official docket file.
- **Bundle 2 (Service Copy)**: Complete duplicate set to be file-stamped and returned upon IFP approval/summons issuance for formal service on Defendant.



mg SCANNED NOV 09 2026 U.S. DISTRICT COURT MPLS

• **Bundle 3 (Plaintiff Copy)**: Complete duplicate set requested to be file-stamped on the first page and returned to Plaintiff for personal trial records.

Plaintiff respectfully requests that the intake clerk file-stamp all enclosed sets, assign a Civil Action Case Number and presiding Judges, route the Application to Proceed In Forma Pauperis (Form AO 240) to the assigned Magistrate Judge for review, and issue the Summons (Form AO 440) upon approval.

Thank you for your time, assistance, and guidance in processing this *pro se* filing.

Respectfully submitted,

**Mark R. Gillitzer**, *Plaintiff Pro Se*
8945 Ivy Road
Saint Cloud, MN 56301
Phone: (320) 339-0257
Email: homerbogg@outlook.com