26cv4754

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL COVER SHEET (FORM JS 44)

RECEIVED
NOV 09 2026
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## I. PARTIES & ATTORNEYS

| | |
|---|---|
| **(a) PLAINTIFF:** Mark R. Gillitzer<br>County of Residence: Stearns County, MN | **DEFENDANT:** Carl Zeiss Vision Inc.<br>County of Residence: Stearns County, MN |
| **(c) PLAINTIFF'S ATTORNEY (PRO SE):**<br>Mark R. Gillitzer, Plaintiff Pro Se<br>8945 Ivy Road, Saint Cloud, MN 56301<br>Phone: (320) 339-0257 \| Email: homerbogg@outlook.com | **DEFENDANT'S COUNSEL (IF KNOWN):**<br>Grant D. Goerke, Shareholder<br>Littler Mendelson, P.C.<br>1300 IDS Center, 80 S. 8th St., Minneapolis, MN 55402 |

## II. BASIS OF JURISDICTION & III. CITIZENSHIP OF PRINCIPAL PARTIES

| | |
|---|---|
| **BASIS OF JURISDICTION: [X] Box 3 - Federal Question (28 U.S.C. § 1331)** | **CITIZENSHIP:** N/A (Federal Question Case) |
| Federal Subject Matter Jurisdiction under 28 U.S.C. § 1331 (ADA Claims, 42 U.S.C. § 12101 et seq.) and Supplemental Jurisdiction under 28 U.S.C. § 1367 (MHRA Claims, Minn. Stat. § 363A.01 et seq.). | Plaintiff is a resident of Minnesota. Defendant Carl Zeiss Vision Inc. is a foreign corporation operating a manufacturing facility in St. Cloud, MN. |

## IV. NATURE OF SUIT & V. ORIGIN

| | |
|---|---|
| **NATURE OF SUIT CODE:** | **445 Americans with Disabilities - Employment** |
| **ORIGIN:** | **[X] Box 1 - Original Proceeding** |

## VI. CAUSE OF ACTION

| | |
|---|---|
| **STATUTES CITED:** | 42 U.S.C. § 12112, 42 U.S.C. § 12203, Minn. Stat. § 363A.08, Minn. Stat. § 363A.15 |
| **BRIEF DESCRIPTION:** | Civil action for disability discrimination, failure to accommodate, hostile work environment, and 24-hour retaliatory discharge based on protected disability (Autism Spectrum Disorder) and protected opposition under the ADA and MHRA. |

## VII. REQUESTED IN COMPLAINT & VIII. RELATED CASES

| | | |
|---|---|---|
| **CLASS ACTION:** No | **DEMAND $: $1,666,275.00 (MHRA Trebled Model)** | **JURY DEMAND: YES [X]** |
| **RELATED CASES:** None | **DOCKET NUMBER:** N/A | **JUDGE:** Assigned upon filing |

SCANNED
NOV 09 2026
U.S. DISTRICT COURT MPLS

**DATE:** November 2, 2026

**SIGNATURE OF ATTORNEY / PRO SE LITIGANT:**

Mark R. Gillitzer, Plaintiff Pro Se