**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Mark R. Gillitzer,<br><br>Plaintiff,<br><br>v.<br><br>Carl Zeiss Vision Inc.<br><br>Defendant. | Case No. 26-cv-4754 (ECT/DLM)<br><br>**ORDER** |

---

This matter is before the Court on the application of Plaintiff Mark R. Gillitzer to proceed *in forma pauperis* ("IFP") (Doc. 2). For the following reasons, the Court orders Mr. Gillitzer to submit an amended IFP Application or to pay this action's filing fee.

The IFP Application does not contain sufficient information for the Court to assess whether Plaintiff qualifies for IFP status. "The central question [when assessing an IFP application] is whether the movant can afford the costs of proceeding without undue hardship or deprivation of the necessities of life." *Ayers v. Tex. Dep't of Crim. Justice*, 70 F.3d 1268, 1268 (5th Cir. 1995) (per curiam) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948)); *see also, e.g.*, *Mays v. Glob. Health Link*, No. 25-CV-4676 (DWF/DJF), 2025 WL 3755670, at *1 (D. Minn. Dec. 29, 2025) (quoting *Ayers*). An IFP application need not be utterly exhaustive, but an applicant must make a good-faith effort to explain his or her financial situation. Plaintiff, who does not report dependents, submitted an application that provides a description of his expenses and income (unemployment benefits) but does not provide dollar values. (*See* Doc. 2 at 1.)

The Court requires additional details about Plaintiff's financial situation determine whether paying the filing fee will cause undue hardship such that a waiver of the filing fee is appropriate in this matter. To assist with this, the Court will order the Clerk of Court to send Plaintiff a blank copy of this District's IFP Application template. The Court strongly suggests Plaintiff use this template.

**ORDER**

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Within 21 days of this Order's date, Plaintiff Mark R. Gillitzer must either (1) pay this action's filing fee, or (2) submit an amended application to proceed *in forma pauperis* in this action. If he does neither, the Court will recommend dismissing this action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2. The Clerk of Court is direct to send Plaintiff a copy of this District's template IFP application.

Dated: November 12, 2026

*s/Douglas L. Micko*
DOUGLAS L. MICKO
United States Magistrate Judge