UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Case No. 26-cv-4754 (ECT/DLM)
Judge: Hon. Eric C. Tostrud
Magistrate Judge: Hon. Douglas L. Micko

MARK R. GILLITZER,
Plaintiff,

v.

CARL ZEISS VISION INC.,
Defendant.

DEMAND FOR JURY TRIAL

RECEIVED
NOV 17 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

## [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT

This matter comes before the Court upon Plaintiff Mark R. Gillitzer's Motion for Leave to File Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1. Based upon all the files, records, and proceedings herein, and the Court finding good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Leave to File Amended Complaint is GRANTED.

2. Plaintiff's First Amended Complaint (Exhibit A) is accepted as filed and deemed the operative pleading in this civil action.

3. Defendant Carl Zeiss Vision Inc. shall plead in response to the First Amended Complaint within the time permitted by Federal Rule of Civil Procedure 15(a)(3).

Dated: __________________________, 2026

________________________________________
United States Magistrate Judge / District Judge
District of Minnesota

LT
SCANNED
NOV 17 2026
U.S. DISTRICT COURT MPLS