RECEIVED BY MAIL
NOV 2 3 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MARK R. GILLITZER,
Plaintiff,

v.

CARL ZEISS VISION INC.,
Defendant.

**Case No. 26-cv-4754 (ECT/DLM)**
Judge: Hon. Eric C. Tostrud
Magistrate Judge: Hon. Douglas L. Micko
**DEMAND FOR JURY TRIAL**

## PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)(2) AND LOCAL RULE 15.1

Plaintiff Mark R. Gillitzer, proceeding pro se, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 15(a)(2) and Local Rule 15.1 of the United States District Court for the District of Minnesota for an Order granting Plaintiff leave to file his First Amended Complaint. In support of this Motion, Plaintiff states as follows:

**1. Pre-Answer Procedural Posture:** Plaintiff initiated this action on November 2, 2026. To date, Defendant Carl Zeiss Vision Inc. has not filed an Answer or a responsive motion under Federal Rule of Civil Procedure 12. Although Plaintiff is entitled to amend as a matter of course under Fed. R. Civ. P. 15(a)(1), Plaintiff files this formal motion out of an abundance of caution and in strict adherence to Local Rule 15.1 to ensure a complete and orderly record.

**2. Liberal Standard for Leave to Amend:** Under Federal Rule of Civil Procedure 15(a)(2), the court should freely give leave when justice so requires. The United States Supreme Court and the Eighth Circuit Court of Appeals have consistently emphasized that leave to amend should be granted with extreme liberality in the absence of undue delay, bad faith, or undue prejudice to the opposing party. *Foman v. Davis*, 371 U.S. 178, 182 (1962); *Roberson v. Hayti Police Dept.*, 241 F.3d 992, 995 (8th Cir. 2001).



SCANNED
NOV 2 3 2026
U.S. DISTRICT COURT MPLS

**3. Substantial Justification and Good Cause:** Plaintiff brings this amendment promptly to incorporate formal case docket numbering (Case No. 26-cv-4754 (ECT/DLM), assigned to the Honorable Eric C. Tostrud and Magistrate Judge Douglas L. Micko), align and clarify factual allegations with the binding January 27, 2026 administrative decision of the Minnesota Unemployment Law Judge (DEED Document ID 172404449), streamline statutory claims under Title I and Title V of the Americans with Disabilities Act (ADA) and the Minnesota Human Rights Act (MHRA), and fully ensure strict compliance with District of Minnesota Local Rules 5.2, 7.1(h), 15.1, and 38.1.

**4. Complete in Itself (LR 15.1(a)):** As required by Local Rule 15.1(a), the proposed First Amended Complaint is complete in itself and does not incorporate by reference any prior pleading. A clean, verified copy of the proposed First Amended Complaint is submitted concurrently herewith as Exhibit A.

**5. Typographic Redline Submitted (LR 15.1(b)):** Pursuant to Local Rule 15.1(b), Plaintiff has concurrently submitted a separate typographic version showing through strikeouts and underlining exactly how the proposed amended pleading differs from the initial pleading, filed herewith as Exhibit B.

**6. Absence of Prejudice:** Because this action remains in its initial procedural threshold and discovery has not commenced, granting leave will not cause prejudice to Defendant, will not delay any scheduled proceedings, and will serve the interests of justice and judicial economy.

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order granting Plaintiff leave to file the First Amended Complaint.

Dated: November ~~16~~ 17, MRG 2026

Respectfully submitted,

Mark Gillitzer

Mark R. Gillitzer, Plaintiff Pro Se
8945 Ivy Road
Saint Cloud, MN 56301
Telephone: (320) 339-0257
Email: homerbogg@outlook.com