26cv4754

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

FOR OFFICE USE ONLY
Amount: ______ Docket: ______

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

### I. (a) PLAINTIFFS

**PLAINTIFF:**
**MARK R. GILLITZER**
8945 Ivy Road, Saint Cloud, MN 56301

(b) County of Residence of First Listed Plaintiff:
Stearns County, Minnesota *(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c) Plaintiff's Attorneys (Firm Name, Address, and Tel.):**
**MARK R. GILLITZER (Plaintiff Pro Se)**
8945 Ivy Road, Saint Cloud, MN 56301
Phone: (320) 339-0257 | Email: homerbogg@outlook.com

### DEFENDANTS

**DEFENDANT:**
**CARL ZEISS VISION INC.**
4605 Rusan Street, St. Cloud, MN 56303 *(HQ: 1030 Feezor Rd, Hebron, KY 41048)*

County of Residence of First Listed Defendant:
Stearns County, Minnesota (St. Cloud Facility) *(IN U.S. PLAINTIFF CASES ONLY)*

**Defendant's Attorneys (If Known):**
**Grant D. Goerke, Shareholder** | Littler Mendelson, P.C.
1300 IDS Center, 80 South 8th Street, Minneapolis, MN 55402
Phone: (612) 313-7614 | Email: ggoerke@littler.com

### II. BASIS OF JURISDICTION (Place an 'X' in One Box Only)

[ ] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
**[ X ] 3 Federal Question (U.S. Government Not a Party)**
*(Title I & V ADA, 42 U.S.C. § 12112 / § 12203; 28 U.S.C. § 1331)*
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)
*(Supplemental Jurisdiction over MHRA Claims under 28 U.S.C. § 1367)*

### III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

**N/A - Federal Question Jurisdiction Basis**
Citizen of This State: [ ] PTF 1 [ ] DEF 1
Citizen of Another State: [ ] PTF 2 [ ] DEF 2
Citizen or Subject of Foreign Country: [ ] PTF 3 [ ] DEF 3
Incorporated or Principal Place of Business in This State: [ ] PTF 4 [ ] DEF 4
Incorporated and Principal Place of Business in Another State: [ ] PTF 5 [ ] DEF 5

### IV. NATURE OF SUIT (Place an 'X' in One Box Only)

**CIVIL RIGHTS / EMPLOYMENT DISCRIMINATION CATEGORY:**
[ ] 440 Other Civil Rights [ ] 441 Voting [ ] 442 Employment (Title VII / Age)
[ ] 443 Housing/Accommodations **[ X ] 445 Amer. w/Disabilities - Employment (42 U.S.C. § 12112 / § 12203)**
[ ] 446 Amer. w/Disabilities - Other [ ] 448 Education
**Supplemental State Law Claims Pleaded:** Minnesota Human Rights Act (MHRA, Minn. Stat. § 363A.08 & § 363A.15 - Disability Discrimination, Failure to Accommodate, Hostile Work Environment, & Reprisal/Retaliation).

### V. ORIGIN (Place an 'X' in One Box Only)

**[ X ] 1 Original Proceeding**
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District
[ ] 6 Multidistrict Litigation - Transfer

### VI. CAUSE OF ACTION

**Cite the U.S. Civil Statute under which you are filing:**
42 U.S.C. § 12112, 42 U.S.C. § 12203 (ADA Titles I & V); 28 U.S.C. § 1367 (MHRA Minn. Stat. § 363A.08 & § 363A.15)
**Brief Description of Cause:**
Unlawful disability discrimination, bad-faith failure to accommodate, hostile work environment, and 24-hour retaliatory discharge based on protected disability (Autism Spectrum Disorder) and protected opposition.

### VII. REQUESTED IN COMPLAINT

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $: $1,666,275.00** (MHRA Trebled Economic & Uncapped Compensatory Damages Model)
**JURY DEMAND: [ X ] YES** [ ] NO *(Demanded in Complaint pursuant to FRCP 38(b))*

### VIII. RELATED CASE(S) IF ANY

**JUDGE:** Hon. Eric C. Tostrud / Unassigned
**DOCKET NUMBER:** 26-cv-4754 (ECT/DLM)
*(EEOC Charge No. 444-2026-00806; RTS Issued 09/15/2026)*

### DATE AND SIGNATURE OF ATTORNEY OF RECORD / PRO SE PLAINTIFF

**DATE:** 11-17-2026
*(Sign date in ink upon filing)*

**SIGNATURE OF ATTORNEY OF RECORD / PRO SE PLAINTIFF:**
Mark Gillitzer
**MARK R. GILLITZER, Plaintiff Pro Se**
8945 Ivy Road, Saint Cloud, MN 56301 | Phone: (320) 339-0257 | Email: homerbogg@outlook.com

RECEIVED BY MAIL
NOV 23 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 23 2026
U.S. DISTRICT COURT MPLS