RECEIVED BY MAIL
NOV 2 3 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**MARK R. GILLITZER v. CARL ZEISS VISION INC.**
**CIVIL ACTION NO.:** 26cv4754

---

## EVIDENTIARY APPENDIX — INDEX OF EXHIBITS

| Ex. # | Document Title | Date | Core Legal Purpose & Evidentiary Significance |
|---|---|---|---|
| **Exhibit 1** | MN Unemployment Law Judge Notice of Decision | Jan 27, 2026 | Establishes ASD diagnosis & binding finding of no misconduct under oath. |
| **Exhibit 2** | Clinical Psychological Assessment (Stone Arch) | Oct 23, 2024 | Establishes ADA/MHRA protected disability status (ASD, Depression, Anxiety). |
| **Exhibit 3** | Official ZEISS Workday Disability Registry Profile | June 24, 2024 | Defeats 'lack of notice' defense via system screenshot on hire date. |
| **Exhibit 4** | Written Disability Disclosure Email to HR (Julie Kerr) | March 18, 2025 | Proves written notice of ASD communication limits 6 months prior to termination. |
| **Exhibit 5** | The Hartford ADA Packet & PWFA Exemption Page | Oct 6, 2025 | Exposes accommodation double standard (PWFA internal vs. ADA 3rd-party). |
| **Exhibit 6** | Formal Written Discrimination Complaint Email | Oct 8, 2025 | Establishes statutorily protected opposition ('can't discriminate for medical condition'). |
| **Exhibit 7** | ZEISS Notice of Involuntary Termination Email | Oct 9, 2025 | Establishes 24-hour retaliatory temporal proximity (Oct 8 complaint -> Oct 9 termination). |
| **Exhibit 8** | Workday Resignation Attempt Under Duress | Oct 9, 2025 | Corroborates hostile work environment ('fear for my safety'). |
| **Exhibit 9** | 2024 Performance Evaluation & Workday Status | Sept 30, 2025 | Proves 'Meets Expectations' performance & training blocked by supervisor. |
| **Exhibit 10** | Coworker Comparator & Training Fact Sheet | Oct 2025 | Demonstrates disparate treatment in specialized equipment training. |
| **Exhibit 11** | Indeed Job Posting: Technician II, Maintenance | Post-Termination | Establishes promotional blocking & economic harm ($22-$28/hr position). |
| **Exhibit 12** | EEOC Notice of Right to Sue & Transcripts | Sept 15, 2026 | Proves administrative exhaustion & corroborates meeting audio recordings. |

SCANNED
NOV 2 3 2026 AL
U.S. DISTRICT COURT MPLS