FedEx

Envelope

Align top of FedEx® shipping label here.

ORIGIN ID:GTGA (320) 339-0257
MARK GILLITZER

8945 IVY RD
UNIT 2
SAINT CLOUD, MN 56301
UNITED STATES US

SHIP DATE: 19NOV26
ACTWGT: 1.00 LB
CAD: 6575486/ROSA2710

TO OFFICE OF THE CLERK OF COURT
DIANA E MURPHY UNITED
300 SOUTH 4TH STREET
SUITE 202
MINNEAPOLIS MN 55415

(000) 000-0000 REF:
INV:
PO: DEPT:

FedEx Express

E

FRI - 20 NOV AA
PRIORITY OVERNIGHT

FedEx
TRK# 0201 8800 8834 1793

55415
MN-US
MSP

78 JDTA

5988801 20Nov2026 STPA 58KG0/D411/484B

1001 MON 11/23 00:00
DIANA E MURPHY UNITED
300 S 4TH ST
STE 202
MINNEAPOLIS MN 55415-2263-52
PRIORITY OVERNIGHT E
898-4519
ETP:1 SP:PD:100:Y
1001899626860006541600880088341793

137

RECEIVED BY MAIL
NOV 23 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

SCANNED
NOV 23 2026
U.S. DISTRICT COURT MPLS