# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mark R. Gillitzer,

Plaintiff,

v.

Carl Zeiss Vision Inc.,

Defendant.

Case No. 26-cv-4754 ECT/DLM)

**ORDER**

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of Mark R. Gillitzer (Doc. 13) is GRANTED. The previous application is DENIED as moot. (Doc. 9.)

2. Gillitzer must submit a properly completed Marshal Service Form (Form USM-285) for the defendant. If Gillitzer does not complete and return the Marshal Service Form within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. Marshal Service Forms will be provided to Gillitzer by the Court.

3. After the return of the completed Marshal Service Form, the Clerk of Court is directed to seek waiver of service from Carl Zeiss Vision Inc., consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If the defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon the defendant the expenses later incurred in effecting service of process.

Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed. R. Civ. P. 4(d)(2).

5. Gillitzer's motion for leave to file an amended complaint (Doc. 10) is GRANTED. The amended complaint, (Doc. 12), is the operative complaint in this action. Plaintiff's previous motion for leave to file an amended complaint (Doc. 5) is DENIED as moot.

Dated: November 24, 2026

*s/Douglas L. Micko*
DOULGAS L. MICKO
United States Magistrate Judge